UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20454-RAR

**RUDOLPH BETANCOURT**,

    Plaintiff,

v.

**ERG HOLDINGS, INC.** d/b/a
**CANDLEWOOD SUITES**,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal with Prejudice, [ECF No. 23] ("Stipulation"), filed on April 18, 2024. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 18th day of April, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**